UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COURTNEY THOMAS,

    Plaintiff,

v.

    Case No. 1:23-cv-1309

    HONORABLE PAUL L. MALONEY

UNITED STATES OF AMERICA, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.

Dated: January 24, 2024

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge